**FILED**

OCT 25 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAHSA PARVIZ,

    Petitioner - Appellant,

 v.

HOWARD C. BARRON, AKA H. Barron, Warden, Federal Detention Center Sea Tac and COLETTE S. PETERS, AKA C. Peters, Director, Bureau of Prisons,

    Respondents - Appellees.

No. 24-4709

D.C. No. 2:23-cv-01407-JHC
Western District of Washington, Seattle

ORDER

Before: W. FLETCHER and RAWLINSON, Circuit Judges.

The emergency motion (Docket Entry No. 5) for custodial transfer under Federal Rule of Appellate Procedure 23 is denied.[1] *See United States v. Dade*, 959 F.3d 1136, 1137-39 (9th Cir. 2020) (stating standard for relief under Rule 23(b)).

The existing briefing schedule remains in effect.

---

[1] We have reviewed the district court's order and docket referenced in the motion for judicial notice (Docket Entry No. 3), which is denied as unnecessary.